# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBORAH HALPIN, on behalf of,
M.A.H., a minor,
        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security.
        Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES AND COSTS

CASE NUMBER: C07-5695KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $4,109.92 and costs of $350.00 be awarded to plaintiff.

October 28, 2008                                                                                                                   BRUCE RIFKIN
                                                                                                                             Clerk

                                                                          *s/ Traci Whiteley*
                                                             By Traci Whiteley, Deputy Clerk